IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JORDAN WESTMORELAND                                                              PLAINTIFF

V.                                                            CIVIL ACTION NO. 1:17-CV-213-SA-DAS

WAL-MART STORES EAST, LP                                                        DEFENDANT

ORDER OF RECUSAL

The above styled and numbered case was assigned to United States District Judge Sharion Aycock on July 13, 2018. Judge Aycock, on her own motion, hereby RECUSES herself from this cause.

It is hereby ORDERED that the Clerk of the Court is directed to transfer and re-assign this cause to another United States District Judge.

This, the 30th day of August, 2018.

                                                     /s/ Sharion Aycock
                                                   UNITED STATES DISTRICT JUDGE